# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Willie James Crump,                Civ. No. 16-1286 (PJS/BRT)

    Petitioner,

v.

                                               **Order**

Tom Roy, Minnesota Commissioner of Corrections,

    Respondent.

---

Willie James Crump, MCF-Faribault, Faribault, MN, *pro se* Petitioner.

Cheri Townsend, Esq., Hennepin County Attorney's Office, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 7, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Respondent's Motion to Dismiss (Doc. No. 32) is **GRANTED**;

2. A certificate of appealability is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 8/2/17                                    s/Patrick J. Schiltz
                                                PATRICK J. SCHILTZ
                                                United States District Court Judge